IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01679-RPM-KLM

KIMBERLY BRYANT

    Plaintiff,

v.

MILLER INTERNATIONAL, d/b/a Rocky Mountain Clothing Co., Inc.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Order of Reference for Settlement Conference** [#11][1].

    IT IS HEREBY **ORDERED** that the parties shall jointly call chambers at **(303) 335-2770** to schedule a Settlement Conference in this matter. The parties must initiate a conference call between themselves before dialing chambers.

    Dated:  January 2, 2014

---

[1] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.