THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01679-RPM

KIMBERLY BRYANT,

    Plaintiff,

v.

MILLER INTERNATIONAL, d/b/a ROCKY MOUNTAIN CLOTHING CO., INC.,

    Defendant.
_____

### ORDER OF DISMISSAL
_____

Pursuant to the Stipulation to Dismiss with Prejudice [21] filed May 5, 2014, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

Dated: May 6th, 2014

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge